UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAIME RONQUILLO MORALES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV980 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that petitioner's motion to dismiss case [#4] is granted.

**IT IS FURTHER ORDERED** that petitioner's motion to vacate, set aside or correct sentence [#1] is dismissed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2006.